JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHAD BROWN, AN INDIVIDUAL; | Case No.: LA CV14-06962 PJW |
| Plaintiff, | **ORDER GRANTING DISMISSAL** |
| vs. | |
| WINCOR NIXDORF INC., A DELAWARE CORPORATION; , | |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) this action and all claims asserted in it are dismissed with prejudice and the matter is closed.

DATED:  February 12, 2016       By: _____

Hon. Patrick J. Walsh
UNITED STATES MAGISTRATE JUDGE

-1-